IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| In the Matter of the Search of:<br><br>Content of an records relating to account debdechet@hotmail.com controlled by Microsoft Corporation, Headquartered at One Microsoft Way, Redmond, WA 98052 | MJ-17-21-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 5th day of September, 2017.

Jeremiah C. Lynch
United States Magistrate Judge